1
2
3
4
5
6
7
8

**FILED**

MAR 2 4 2016

CLER
NORTHER,     STRIC        COURT
                  SA        CALIFORNIA

9        IN THE UNITED STATES DISTRICT COURT

10      FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

NATHAN HALL,                          )        No. C 15-4778 LHK (PR)
12                                      )
            Plaintiff,                  )        ORDER OF DISMISSAL
13                                      )
      v.                                )
14                                      )
DR. GRANT,                             )
15                                      )
            Defendant.                  )
16  _____ )

17        Plaintiff, a California state prisoner proceeding *pro se*, filed this civil rights action under

18  42 U.S.C. § 1983.  On February 9, 2016, the court dismissed plaintiff's complaint with leave to

19  amend.  (Docket No. 4.)  Plaintiff was warned that failure to file an amended complaint within

20  thirty days would result in a finding that further leave to amend would be futile, and the action

21  would be dismissed without further notice.  More than thirty days have passed, and plaintiff has

22  not filed an amended complaint or otherwise communicated with the court.

23        Accordingly, plaintiff's case is DISMISSED without prejudice.  The clerk shall terminate

24  any pending motions and close the file.

25        IT IS SO ORDERED.

26  DATED: 3/23/2016

                                          *Lucy H. Koh*
27                                       LUCY H. KOH
                                         United States District Judge
28

Order of Dismissal
P:\PRO-SE\LHK\CR.15\Hall778dism.wpd